UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| JOANNE K. BOYER, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:21-cv-00386-WCG |
| | ) |
| v. | ) |
| | ) Removed from Outagamie County Circuit Court |
| COOK MEDICAL LLC, COOK INCORPORATED, and COOK GROUP INCORPORATED, | ) Outagamie County, Wisconsin |
| | ) Civil Action Number: 2021-CV-000135 |
| | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Cook Medical LLC and Cook Incorporated state that they are wholly-owned subsidiaries of Defendant Cook Group Incorporated, and no publicly-held company owns 10% or more of Cook Group Incorporated's stock.

Dated: March 26, 2021

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

By:  *s/ Patrick M. Miller*
Patrick M. Miller (Bar No. 1035040)
311 S. Wacker Dr., Suite 4300
Chicago, IL 60606
Phone: (312) 212-6500
Fax: (212) 212-6501
patrick.miller@faegredrinker.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, a copy of the foregoing was filed electronically and notice of the filing of this document was sent to the following known counsel and parties of record in the underlying state court matter:

>Katelyn P. Sandfort
>HERRLING CLARK LAW FIRM LTD.
>800 N. Lynndale Dr.
>Appleton, WI 54914
>
>Bret Stanley
>Adam Pulaski
>Kathryn Hiett
>PULASKI KHERKHER
>2925 Richmond Ave., Suite 1725
>Houston, TX 77098
>
>*Attorneys for Plaintiff*

    /s/ *Patrick M. Miller*
    Patrick M. Miller